UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH BARGER,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA CORPORATION,<br><br>    Defendant. | Civil Action No. 3:19-cv-01993-SRU |

**Stipulation of Dismissal with Prejudice**

**IT IS HEREBY STIPULATED** between undersigned counsel for all parties in this action, that this action be, and the same hereby is, dismissed with prejudice, and without costs or attorneys' fees to either party.

ROBINSON & COLE, LLP

By:_____
Patrick W. Begos
1055 Washington Boulevard
Stamford, CT 06901-2249
Tel: 203.462.7500
Fax No. 203.462.7599
Email: pbegos@rc.com
*Attorneys for Defendants*

ERIC BUCHANAN & ASSOCIATES, PLLC

_____
Hudson T. Ellis
414 McCallie Avenue
Chattanooga, TN 37402
Tel. No. 423.634.2506
Fax No. 423.634.2505
Email: ellish@buchanandisability.com
*Attorneys for Plaintiff*

Dated: May 8, 2020

20720025-v1